UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER VUCKOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KT HEALTH HOLDINGS, LLC and KT HEALTH, LLC,<br><br>Defendants. | C.A. No. 15-13696-GAO |

**MOTION FOR ATTORNEYS' FEES AND EXPENSES
AND PLAINTIFF'S INCENTIVE AWARD**

Through this Motion for Attorneys' Fees and Expenses and Plaintiff's Incentive Award ("Motion"), Plaintiff Alexander Vuckovic ("Plaintiff") and Class Counsel hereby move for an Order awarding attorneys' fees to Class Counsel in the sum of $583,333.33, plus reimbursement of expenses of $17,510.75, and for an Order approving an incentive award of $5,000 to Plaintiff.

The grounds for this Motion are set forth in the accompanying memorandum of law.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Undersigned counsel certify that they have conferred with counsel for Defendants, KT Health Holdings, LLC and KT Health, LLC ("Defendants"), in a good-faith effort to resolve or narrow the issues raised by this Motion, and that Defendants' counsel indicated that Defendants take no position with respect to the relief sought by this Motion.

Dated:   May 9, 2018                                   Respectfully submitted,

/s/ David Pastor
David Pastor (BBO # 391000)
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: 617-742-9700
Facsimile: 617-742-9701
dpastor@pastorlawoffice.com

Nathan C. Zipperian (admitted *pro hac vice*)
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
1625 N. Commerce Pkwy., Suite 320
Fort Lauderdale, FL 33326
Telephone: 866-849-7545
Facsimile: 866-300-7367
nzipperian@sfmslaw.com

Preston W. Leonard (BBO #680991)
LEONARD LAW OFFICE, PC
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: 617-329-1295
pleonard@leonardlawoffice.com

*Counsel for Plaintiff,
Alexander Vuckovic*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on May 9, 2018.

/s/ David Pastor
David Pastor